No. 82–5719.  CLARKSON v. UNITED STATES, *ante*, p. 1013; and

No. 82–6028.  GREISINGER v. DAVIS, SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA, 459 U. S. 1221.   Petitions for rehearing denied.

APRIL 6, 1983

No. 82–1228.  CARTER-WALLACE, INC. v. JOHNSON & JOHNSON.   C. A. 2d Cir.   Certiorari dismissed under this Court's Rule 53.

APRIL 8, 1983

No. 82–1388.  CONTINENTAL AIR LINES, INC. v. GERDOM ET AL.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53.

APRIL 9, 1983

No. 82–1457.  PARLIAMENT INSURANCE CO. v. LEFCOE. C. A. 11th Cir.   Certiorari dismissed under this Court's Rule 53.